THE NATIONAL BANK OF GRANVILLE, Appellant, *v.* JACOB COHN et al., Respondents.

(Argued April 16, 1890; decided May 6, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 1, 1888, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Circuit.

*J. S. L'Amoreaux* for appellant.

*B. F. Einstein* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

───────────

FRANK BROWN, Respondent, *v.* THE TWENTY–THIRD STREET RAILWAY COMPANY, Appellant.

(Submitted April 16, 1890; decided May 6, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

January 7, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Leslie W. Russell* and *Welton Percy* for appellant.

*B. F. Einstein* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____